PERRY V. STATE

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-163-CR

EDWIN PAUL PERRY APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM 
COUNTY CRIMINAL COURT NO. 8 OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant Edwin Paul Perry attempts to appeal before trial the trial court’s denial of his motion to suppress.  An order denying a motion to suppress is interlocutory and not immediately appealable.  
McKown v. State
, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.)
.  Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED:  May 29, 2003

FOOTNOTES
1:
See
 Tex. R. App. P.
 47.4.